**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2490**

---

In re: BRIAN DAMON FARABEE,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Norfolk.  (2:22-cv-00343-AWA-RJK)

---

Submitted:  May 28, 2026                            Decided:  June 1, 2026

---

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Brian Damon Farabee, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Damon Farabee petitions for a writ of mandamus seeking an order from this court directing the district court to act on his civil case, which had previously been administratively closed. Our review of the district court's docket reveals that the court has administratively reopened his case and restored it to the court's active docket. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*